UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                :
VIRGINIA JAMES,                 :
                                :
        Plaintiff,              :
                                :
    v.                          :    Civil Action No. 11-0963 (RBW)
                                :
MICHE BAG CORP.,                :
                                :
        Defendant.              :
_____ :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Miche Bag, LLC's Renewed Motion to Dismiss Pursuant to Rule 12(b)(6) [29] is GRANTED, and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: September 25, 2013            /s/
                                    REGGIE B. WALTON
                                    United States District Judge